UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                   :

KENT C. HESS.                        :

                                 :           26-MC-145 (VSB)

                  Applicant,  :

                                 :      [Arising from E.D. Tex.

         -against-           :        No. 25-cv-00528]

                                 :

HAYDEN AI TECHNOLOGIES, INC.    :          **ORDER**

                                 :

                  Respondent. :

                                 :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Before me is Applicant Kent C. Hess's motion to quash a subpoena duces tecum and a subpoena ad testificandum directed to him from Respondent Hayden AI Technologies ("Respondent" or "Hayden").  (Doc. 1.)  I am also in receipt of Respondent's notice of related case filed on April 20, 2026.  (Doc. 2.)

"Federal Rule of Civil Procedure 45(f) permits a court to transfer subpoena-related motions to the court where the underlying action is pending 'if the person subject to the subpoena consents or if the court finds exceptional circumstances.'"  *Drummond Co., Inc. v. VICE Media LLC*, No. 21-MC-859, 2022 WL 445681, at *2 (S.D.N.Y. Feb. 14, 2022) (quoting Fed. R. Civ. P. 45(f)).

Respondent shall file any opposition to Applicant's motion to quash by April 24, 2026.  Respondent's opposition shall address its position on whether I should transfer this case under Rule 45(f) to the Eastern District of Texas.

Applicant shall file any reply by May 1, 2026.  Applicant's reply shall address its position on whether I should transfer this case under Rule 45(f) to the Eastern District of Texas.

The Court shall hold a telephonic hearing on the motion to quash and arguments relating to transfer under Rule 45(f) on May 4, 2026 at 11:00 a.m. E.T.  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.  The subpoenas are STAYED pending the hearing and the Court's resolution of the motion.

SO ORDERED.
Dated: April 20, 2026
       New York, New York

                                   Vernon S. Broderick
                                   United States District Judge